**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Jasmine D. Shehane,**

        **Plaintiff,**                         **Case No. 2:25-cv-1046**

   **v.**                                     **Judge Algenon L. Marbley**

                                          **Magistrate Judge S. Courter M. Shimeall**

**Equifax Information Services, LLC, *et al.,***

        **Defendants.**

**ORDER**

On May 1, 2026, Plaintiff Jasmine D. Shehane filed her Amended Complaint (ECF No. 69) in connection with this Court's April 20, 2026 Order. (ECF No. 67.) Plaintiff did not comply, however, with the Court's instructions. Thus, on May 4, 2026, the Court struck Plaintiff's Amended Complaint and ordered her to refile either an exact signed copy or a motion for leave to amend by May 25, 2026. (ECF No. 70.) That same day Defendant Trans Union LLC moved for an Amended Protective Order, but the proposed stipulated protective order was not signed by Plaintiff. (ECF No. 71.) Accordingly, the Court ordered Plaintiff to submit a Notice to the Court by May 22, 2026, indicating whether she opposed or consented to the protective order. (ECF No. 72.)

The deadlines for compliance have passed, but Plaintiff has failed to comply with either of the Court's Orders. Plaintiff is therefore **ORDERED TO SHOW CAUSE BY <u>JUNE 15, 2026,</u>** why the Court should not recommend dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to comply with the Court's Orders. Plaintiff must provide the Court with sufficient reasons as to why she failed to comply, and why the Court should grant her an extension of time to file her Amended Complaint and respond to Defendants' Motion for Protective Order.

1

Any good cause showing must be supported by sworn affidavits or unsworn declarations in compliance with 28 U.S.C. § 1746.  Plaintiff is **cautioned** that failure to respond to this Court's show cause Order could also result in dismissal of her claims against Defendants for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Finally, the Clerk is **DIRECTED** to send a copy of this Court's May 4, 2026 Order (ECF No. 70) and May 6, 2026 Order (ECF No. 72), along with a copy of this Order, to Plaintiff.

**IT IS SO ORDERED.**

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**

2