**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JASMINE D. SHEHANE, | Case No. 2:25-CV-01046-ALM-SCS |
| Plaintiff, | JUDGE ALGENON L. MARBLEY |
| v. | MAGISTRATE JUDGE S. COURTER SHIMEALL |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | **MOTION FOR LEAVE TO FILE NOTICE OF SUBSTITUTION OF NEW COUNSEL AND WITHDRAWAL OF COUNSEL FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Defendants. | |

Pursuant to Local Rule 83.4, Defendant Experian Information Solutions, Inc., by and through its proposed new counsel, Rachael Rodman and the law firm of Thompson Hine LLP ("Thompson Hine"), hereby respectfully moves this Court for leave to file the Attached Notice of Substitution of New Counsel and Withdrawal of Counsel for Defendant Experian Information Solutions, Inc. (the "Notice"), attached as Exhibit A. Upon filing of the attached notice, Kyle R. Gerlach, John E. Komisin, and the law firm of Troutman Pepper Locke LLP ("Troutman") shall be withdrawn from representation of Defendant Experian Information Solutions, Inc., and shall be substituted by Ms. Rodman, and the law firm of Thompson Hine. Pursuant to Local Rule 83.4, the undersigned certifies that Defendant Experian Information Solutions, Inc. and all other parties have been notified in writing of this Motion and also have been so notified by service of this Motion.

Respectfully submitted,

Dated: June 9, 2026

/s/ *Rachael L. Rodman*

Rachael Rodman (0073872) – Trial Attorney
Rachael.Rodman@ThompsonHine.com
**THOMPSON HINE LLP**
41 South High Street
Suite 1700
Columbus, Ohio 43215
Phone: 216-566-5500
Fax: 216-566-5800

*Proposed Trial Attorney for Defendant*
*Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 9, 2026, the foregoing document was filed electronically via

the Court's CM/ECF System, which will send notice of the filing to all counsel of record. Paper

copies will be sent via first-class mail to the parties listed below:

Jasmine D. Shehane
8984 Cobalt Moon Crossing
Columbus, OH 43240
*Plaintiff Pro Se*

/s/ *Rachael Rodman*
Rachael Rodman
*Proposed Trial Attorney for*
*Defendant Experian Information*
*Solutions, Inc.*