# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JASMINE D. SHEHANE, | Case No. 2:25-CV-01046-ALM-SCS |
| Plaintiff, | JUDGE ALGENON L. MARBLEY |
| v. | MAGISTRATE JUDGE S. COURTER SHIMEALL |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | |
| Defendants. | **NOTICE OF APPEARANCE FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

PLEASE TAKE NOTICE that Rachael Rodman and the law firm of Thompson Hine LLP

hereby enter their appearances for Defendant Experian Information Solutions, Inc. as counsel for

Experian Information Solutions, Inc. in this case. Thus, the Clerk is respectfully requested to serve

all electronic notification filings and correspondence upon the following:

> Rachael Rodman
> THOMPSON HINE LLP
> Rachael.Rodman@ThompsonHine.com
> 41 South High Street
> Suite 1700
> Columbus, Ohio 43215

Respectfully submitted,

Dated: June 11, 2026

/s/ *Rachael L. Rodman*
Rachael Rodman (0073872)
Rachael.Rodman@ThompsonHine.com
**THOMPSON HINE LLP**
41 South High Street
Suite 1700
Columbus, Ohio 43215
Phone: 216-566-5500
Fax: 216-566-5800

*Trial Attorney for Defendant Experian*
*Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2026, the foregoing document was filed electronically

via the Court's CM/ECF System, which will send notice of the filing to all counsel of record.

Paper copies will be sent via first-class mail to the parties listed below:

Ciera Kimble
148 Bingham Circle
Delaware, OH 43015
cierakimble1@gmail.com
*Plaintiff Pro Se*

/s/ *Rachael Rodman*
Rachael Rodman
*Trial Attorney for Defendant*
*Experian Information Solutions, Inc.*