**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| JASMINE D. SHEHANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION | ) | CASE NO. 2:25-CV-1046 |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## MOTION TO WITHDRAW THE
## <u>APPEARANCE OF KYLE R. GERLACH</u>

Pursuant to Local Civil Rule 83.4(b), the undersigned, Kyle R. Gerlach, respectfully requests to withdraw as counsel for Defendant, Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm of Thompson Hine LLP for representation and service as lead counsel. Experian will be represented by Rachael Rodman of Thompson Hine LLP, who is admitted in this Court.  Pursuant to Local Rule 83.4(b), written notice has been provided to Experian and separately to all counsel for all other parties and any unrepresented party prior to the filing of this motion.  The undersigned has advised Experian of his upcoming withdrawal in writing, and Experian consents.

Dated: June 11, 2026

*/s/ Kyle R. Gerlach*
Kyle R. Gerlach (0093433)
kyle.gerlach@troutman.com
TROUTMAN PEPPER LOCKE LLP
7456 Jager Court, Suite 7456-B
Cincinnati, OH  45230
Telephone: 513.875.6304

*Counsel for Defendant Experian
Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing all CM/ECF participants. I further certify that a copy was served upon the following by U.S. Mail.

Jasmine D. Shehane
8984 Cobalt Moon Crossing
Columbus, OH  43240
*Pro Se Plaintiff*

/s/ Kyle R. Gerlach
Kyle R. Gerlach

*Counsel for Defendant Experian
Information Solutions, Inc.*