## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**JASMINE D. SHEHANE,**

**Plaintiff,**

v.

**WRIGHT-PATT CREDIT UNION, INC.**
*et al*,

**Defendants.**

**Civil Action 2:25-cv-01046**
**Judge Algenon L. Marbley**
**Magistrate Judge S. Courter Shimeall**

## MOTION TO STAY DEADLINES, INCLUDING TO RESPOND TO DISCOVERY PENDING DISPOSITION OF SHOW CAUSE ORDER

Defendants Wright-Patt Credit Union, Inc., Trans Union LLC, Equifax Information Services, LLC, JPMorgan Chase Bank, N.A., and Experian Information Solutions, Inc. (the "Defendants") respectfully request that the Court stay any deadlines as to Defendants pending disposition of the Show Cause Order issued by the Court on June 1, 2026 (Doc. 73). A Memorandum in Support follows and a proposed order is being submitted for the Court's consideration.

Respectfully submitted,

*/s/ Kara A. Czanik*
Kara A. Czanik
Dinsmore & Shohl LLP
255 E. Fifth St., Ste. 1900
Cincinnati, OH 45202
Kara.czanik@dinsmore.com
*Counsel for Wright-Patt Credit Union, Inc.*

*/s/ Ritika Singh*
Ritika Singh, *Admitted Pro Hac Vice*
SEYFARTH SHAW LLP
2323 Ross Avenue Suite 1660
Dallas, TX 75201
469-608-6763
Risingh@seyfarth.com
*Counsel for Equifax Information Services, LLC*

/s/ Rachael Leigh Rodman
Rachael Leigh Rodman
Thompson Hine LLP
41 South High Street, Suite 1700
Columbus, OH 43215
Rachael.Rodman@thompsonhine.com
*Counsel for Experian Information Solutions, Inc.*

/s/ William Huse
William Madison Huse
Quilling Selander Lownds Winslett Moser
10333 N Meridian St. Suite 200
Indianapolis, IN 46290
Whuse@qslwm.com
*Counsel for Trans Union LLC*

/s/ Sarah M. Benoit
Sarah M. Benoit (0086616)
Taft Stettinius & Hollister LLP
41 S. High St. Suite 1800
Columbus, OH 43215
Sbenoit@taftlaw.com
*Counsel for JPMorgan Chase Bank, N.A.*

## MEMORANDUM IN SUPPORT

Plaintiff Jasmine Shehane ("Plaintiff") filed this matter on September 15, 2025. (Doc. 1). On November 13, 2025, the Court entered an order noting that the Complaint did not contain Plaintiff's original signature, and ordering that she re-file the document within fourteen days of the Order. (Doc. 29). On January 12, 2026, the Court issued another show cause order, providing fourteen days for Plaintiff to request an extension of time to perfect service on Trans Union. (Doc. 39). The order warned that failure to comply could result in dismissal. On February 24, 2026, the Court issued another order providing an additional thirty days for Plaintiff to perfect service on Trans Union. (Doc. 50). Again, the Court warned that failure to comply could result in dismissal.

On May 1, 2026, Plaintiff filed an Amended Complaint. (Doc. 69). On May 4, 2026, the Court issued an order striking the Amended Complaint. (Doc. 70). In the order, the Court ordered Plaintiff, by

2

326703988v.1

May 25, 2026, to either (1) refile an exact, originally signed copy of the Amended Complaint in EFC No. 8, along with the appropriately redacted exhibits; or (2) File a motion for leave to amend the complaint if she sought to change anything.

On May 6, 2026, the Court issued a notation order, requiring Plaintiff to notify the Court of her position on the Stipulated Protective Order submitted by Defendants by May 22, 2026. (Doc. 72). Plaintiff did not file a notice with her position on the Stipulated Protective Order by May 22, 2022, or file the Amended Complaint or motion for leave by May 25, 2026.

As a result on June 1, 2026, the Court issued a Show Cause Order, requiring Plaintiff to show cause by June 15, 2026 why the matter should not be dismissed for failure to comply with the Court's Orders ("June Show Cause Order"). (Doc. 73). Plaintiff did not file a response to the June Show Cause Order by June 15, 2026.

Despite not complying with Court orders, Plaintiff served supplemental discovery requests on each of the Defendants.

Considering Plaintiff's failure to comply with Court orders in this matter and the possibility of the case being dismissed, Defendants respectfully request a stay of all deadlines pending disposition of the June Show Cause Order, including the obligation to respond to any pending discovery requests.

"The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes in its docket with economy of time and effort for itself, for counsel, and for litigants, and the entry of such an order ordinarily rest with the sound discretion of the District Court." *Ohio Envtl. Council v. U.S. Dist. Court, S. Dist. Of Ohio, E. Div.*, 565 F.2d 393, 396 (6th Cir. 1977) (citation and internal quotation marks omitted). *See also Clinton v. Jones*, 520 U.S. 681, 706, 117 S. Ct. 1636 (1997) ("[T]he District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

326703988v.1

Considering Plaintiff's failure to comply with numerous Court orders, including the June Show Cause Order, and the potential that this matter will be dismissed, it would be a waste of the parties' resources and time to engage in further discovery. As such, Defendants respectfully request a stay of all deadlines, including the obligation to respond to any discovery pending disposition of the June Show Cause Order.

Respectfully Submitted,

*/s/ Kara A. Czanik*
Kara A. Czanik
Dinsmore & Shohl LLP
255 E. Fifth St., Ste. 1900
Cincinnati, OH 45202
Kara.czanik@dinsmore.com
*Counsel for Wright-Patt Credit Union, Inc.*

*/s/* Ritika Singh
Ritika Singh, *Admitted Pro Hac Vice*
SEYFARTH SHAW LLP
2323 Ross Avenue Suite 1660
Dallas, TX 75201
469-608-6763
Risingh@seyfarth.com
*Counsel for Equifax Information Services, LLC*

*/s/ Rachael Leigh Rodman*
Rachael Leigh Rodman
Thompson Hine LLP
41 South High Street, Suite 1700
Columbus, OH 43215
Rachael.Rodman@thompsonhine.com
*Counsel for Experian Information Solutions, Inc.*

*/s/ William Huse*
William Madison Huse
Quilling Selander Lownds Winslett Moser
10333 N Meridian St. Suite 200
Indianapolis, IN 46290
Whuse@qslwm.com
*Counsel for Trans Union LLC*

*/s/ Sarah M. Benoit*
Sarah M. Benoit (0086616)
Taft Stettinius & Hollister LLP

4

5

41 S. High St. Suite 1800
Columbus, OH 43215
Sbenoit@taftlaw.com
*Counsel for JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 22 day of June, 2026 upon the following parties via regular U.S. Mail:

Jasmine D. Shehane
8984 Cobalt Moon Crossing
Columbus, OH 43240
Email: jasshehane@gmail.com

*/s/ Kara A. Czanik*
Kara A. Czanik (0075165)

326703988v.1