

### IN THE UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF OHIO

### EASTERN DIVISION

**JASMINE D. SHEHANE,**

Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES, LLC, et al.,**

Defendants.

Case No. 2:25-cv-01046-ALM-SCS

Judge Algenon L. Marbley

Magistrate Judge S. Courter Shimeall

### NOTICE OF CHANGE OF MAILING ADDRESS

Plaintiff Jasmine D. Shehane, proceeding pro se, hereby notifies the Court that her mailing address has changed.

Effective immediately, Plaintiff requests that all future correspondence, notices, orders, and other Court mail be sent to:

**Jasmine D. Shehane**

2670 Diane Place

Columbus, OH 43207

Plaintiff respectfully requests that the Clerk update the Court's records to reflect this change.

Respectfully submitted,

*Jasmine Shehane*

**Jasmine D. Shehane**

Plaintiff, Pro Se

Dated: June 24, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, a true and accurate copy of the foregoing Motion and all attached Exhibits was served upon the following counsel of record via U.S. Mail, First Class, postage prepaid:

1. Kara A. Czanik, Counsel for Wright-Patt Credit Union, Inc.

   Dinsmore & Shohl LLP, 255 E. Fifth St., Ste. 1900, Cincinnati, OH 45202

2. Ritika Singh, Counsel for Equifax Information Services, LLC

   Seyfarth Shaw LLP, 2323 Ross Avenue Suite 1660, Dallas, TX 75201

3. Rachael Leigh Rodman, Counsel for Experian Information Solutions, Inc.

   Thompson Hine LLP, 41 South High Street, Suite 1700, Columbus, OH 43215

4. William Madison Huse, Counsel for Trans Union LLC

   Quilling Selander Lownds Winslett Moser, 10333 N. Meridian St. Suite 200, Indianapolis, IN 46290

5. Sarah M. Benoit, Counsel for JPMorgan Chase Bank, N.A.

   Taft Stettinius & Hollister LLP, 41 S. High St. Suite 1800, Columbus, OH 43215


**Jasmine D. Shehane**